**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:10-cv-01101 |
|---|---|

Spread Spectrum Screening LLC, Plaintiff v.
Eastman Kodak Company; Heidelberg USA, Inc.; Hafner Printing Company, Inc.; Continental Web Press, Inc.; Graphic Partners, Inc.; Genesis Press, Inc. & Johns-Byrne Company,
Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Spread Spectrum Screening LLC, Plaintiff

| NAME (Type or print) |
|---|
| Eric H. Weimers |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ erichweimers |

| FIRM |
|---|
| Ryndak & Suri LLP |

| STREET ADDRESS |
|---|
| 200 W. Madison St., Suite 2100 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6205977 | (312) 214-7770 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |