

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    **CLERK**      (312) 435-5691

September 7, 2010

United States Courthouse
68 Court Street, Room 304
Buffalo, NY 14202-3328

**RE:**    **Spread Spectrum Screening LLC v. Eastman Kodak Company et al**
**Case No:** 10cv1101

Dear Clerk:

Pursuant to the order entered by Honorable Robert W. Gettleman on September 1, 2010 the above record

■     was electronically transmitted to USDC the Western District of New York specifically for plaintiff's action against Eastman Kodak Company.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,
**Michael W. Dobbins, Clerk**

By: /s/ Lisa K. Provine
Deputy Clerk

New Case No. _____    Date _____

cc:     Non-ECF Attorneys and Pro se Parties