## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Spread Spectrum Screening LLC
vs.
Eastman Kodak Company et al.

Case Number: 1:10-cv-01101

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Spread Spectrum Screening LLC

| | |
|---|---|
| NAME (Type or print) <br> Stephen Schlather | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Stephen Schlather | |
| FIRM <br> Collins, Edmonds & Pogorzelski, PLLC | |
| STREET ADDRESS <br> 1616 S. Voss Rd. Suite 125 | |
| CITY/STATE/ZIP <br> Houston, Texas 77057 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 24007993 | TELEPHONE NUMBER <br> (713) 364-2371 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |