**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| SPREAD SPECTRUM SCREENING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EASTMAN KODAK COMPANY; ) <br> HEIDELBERG USA, INC.; HAFNER ) <br> PRINTING COMPANY, INC.; ) <br> CONTINENTAL WEB PRESS, INC.; ) <br> GRAPHIC PARTNERS, INC.; GENESIS ) <br> PRESS, INC.; and JOHN-BYRNE ) <br> COMPANY, ) <br> ) <br> Defendants. ) <br> ) | Case No: 1:10-CV-01101 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Nan R. Nolan |

**MOTION FOR LEAVE TO WITHDRAW ATTORNEY R. SCOTT FELDMANN AS COUNSEL FOR THE KODAK CUSTOMER DEFENDANTS AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Pursuant to LR 83.18, Defendants Continental Web Press, Inc., Graphic Partners, Inc., Genesis Press, Inc. and John-Byrne Company ("Kodak Customer Defendants") request leave of court for attorney R. Scott Feldmann to withdraw as counsel for Defendants in this case. In support, the Kodak Customer Defendants, state:

1. Attorney Feldmann is no longer associated with the firm Crowell & Moring, LLP.

2. Mr. Feldmann has a conflict representing the Kodak Customer Defendants given his new firm affiliation.

3. Former Defendant Eastman Kodak Company has consented to the withdrawal of Attorney Feldmann.

4. The other counsel for the Kodak Customer Defendants from the firms of Crowell & Moring, LLP and Rothschild, Barry & Myers LLP will remain counsel of record on behalf of the Kodak Customer Defendants in this case.

| | |
|---|---|
| February 15, 2012 | s/ Robin K. Powers<br>One of the Attorneys for Defendants<br>Continental Web Press, Inc.,<br>Graphic Partners, Inc.,<br>Genesis Press, Inc., and John-Byrne Company |

Robin K. Powers
Kenneth Taube
**ROTHSCHILD, BARRY & MYERS LLP**
55 West Monroe Street, Suite 3900
Chicago, IL 60603
(312) 372-2345
powers@rbmchicago.com
taubek@rbmchicago.com

Jeffrey D. Sanok
Brian M. Koide
**CROWELL & MORING, LLP**
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595
(202) 624-2500
jsanok@crowell.com
bkoide@crowell.com

Jonathan M. Lindsay
**CROWELL & MORING, LLP**
3 Park Plaza, 20th Flr.
Irvine, CA 92614-8505
(949)263-8400
sfeldmann@crowell.com
jlindsay@crowell.com

Scott Bittman
**CROWELL & MORING, LLP**
590 Madison Avenue
New York, NY 10022-2544
(212) 223-4000
sbittman@crowell.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on Wednesday, February 15, 2012, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and served electronically through ECF upon the attorneys of record.

                                                      s/ Robin K. Powers
                                                      Robin K. Powers